DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar # 12080
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Elham.Roohani@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   2:18-CR-227-JCM-GWF |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| DAVID JERRY PAULE, | |
| Defendant. | |

Upon the motion of the United States Attorney for the District of Nevada, pursuant to Local Rule IA 11-3, the Court hereby orders that Brian A. Fogerty, Assistant United States Attorney for the Eastern District of California, acting as Special Attorney to the Attorney General, pursuant to 28 U.S.C. § 515, shall be counsel of record for the United States in this case.

//

//

The Court further orders that all counsel from the United States Attorney's Office for the District of Nevada are terminated as counsel of record in this matter.

**SO ORDERED.**

**DATED** this 7th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE