# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID JERRY PAULE, <br><br> Defendant. | No. 2:18-CR-00227-RMP-JTR <br><br> ORDER GRANTING MOTIONS TO WITHDRAW AND APPOINT COUNSEL <br><br> **MOTIONS GRANTED** <br> **(ECF No. 28, 29)** |

Before the Court are two motions regarding the appointment of counsel for Defendant. The first, a motion to withdraw, was filed by the previously appointed Federal Defender for the District of Nevada. ECF No. 29. The second, a motion to appoint, was filed by the Federal Defender for the Central District of California. ECF No. 28.

Pursuant to 28 U.S.C. § 636(f), this Court has jurisdiction over such matters in an emergency and with the approval of the Chief Judges of the Districts involved. The Chief Judges of both Districts[1] have concurred in the temporary appointment of the undersigned, due to the emergency created by the recusal of all the District of Nevada's magistrate judges. ECF No. 18.

Therefore, IT IS ORDERED, that motion to withdraw, filed by the Federal Public Defender for the District of Nevada, **ECF No. 29**, is **GRANTED**. The Federal Defenders for the District of Nevada shall be terminated as counsel of record and shall no longer receive filings in the above-captioned case.

---

[1] i.e. Eastern District of Washington, District of Nevada

ORDER - 1

IT IS FURTHER ORDERED, that the motion to appoint, filed by the Federal Public Defender for the Central District of California, **ECF No. 28**, is **GRANTED**. The Federal Defenders of the Central District of California are appointed as counsel of record and shall receive all court filings in the above-captioned case.

**IT IS SO ORDERED.**

DATED August 27, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2