UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DAVID JERRY PAULE,<br><br>                    Defendant. | NO: 2:18-CR-227-RMP<br><br>ORDER REGARDING DEFENDANT'S MEDICAL EVALUATIONS<br><br>U.S. Marshals Action Required |

BEFORE THE COURT are Defendants' oral motions for a medical evaluation of his diabetes-related neuropathy and his need for either bifocals or reading glasses. The Court held a hearing in this matter on November 19, 2018, in Las Vegas, Nevada, at which Defendant made these two motions. ECF No. 36. The Court grants both motions. The US Marshals Service for the District of Nevada is ordered to evaluate Defendant's diabetes-related neuropathy and need for either bifocals or reading glasses.

1    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2  Order and provide copies to counsel and the US Marshals Service for the District

3  of Nevada.

4    **DATED** November 21, 2018.

5

6                                    _s/ Rosanna Malouf Peterson_
                                     ROSANNA MALOUF PETERSON
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21