# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID JERRY PAULE,<br><br>　　　　　　Defendant. | NO: 2:18-CR-227-RMP<br><br>ORDER VACATING BRIEFING SCHEDULE |

The Court, having considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that based on the facts set forth therein, good cause exists to vacate the currently set motions schedule for motions under Federal Rule of Criminal Procedure, Rule 12.

The Court vacates the March 11, 2019 motions deadline. The pretrial conference on April 8, 2019, at 9:00 a.m. remains on calendar, and the Court will reset a pretrial conference and the trial date on April 8, 2019 if necessary.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** March 15, 2019.　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　United States District Judge

ORDER VACATING BRIEFING SCHEDULE ~ 1