UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JERRY PAULE,<br><br>Defendant. | NO: 2:18-CR-227-RMP<br><br>ORDER APPOINTING PROBATION OFFICE |

On April 8, 2019, Defendant David Jerry Paule pleaded guilty to Count 1 of the Indictment. ECF No. 43. In preparation for sentencing, the parties requested that the United States Probation Office for the District of Nevada not be involved in the preparation of sentencing materials, considering the recusals from the District Court, the U.S. Attorney's Office, and the Federal Defender's Office for the District of Nevada. *See* ECF Nos. 9, 16, 17, 28–30. The Court granted the parties' request and decided that a probation officer for the Eastern District of Washington would prepare the presentence investigation report as well as be involved in any sentencing issues. ECF No. 43.

ORDER APPOINTING PROBATION OFFICE ~ 1

Accordingly, **IT IS HEREBY ORDERED** that Defendant's pre-sentencing report and any addenda will be drafted by the United States Probation Office for the Eastern District of Washington.

The District Court Clerk is directed to enter this Order and provide copies to counsel and the Probation Office for the Eastern District of Washington.

**DATED** April 9, 2019.

                                              *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                        United States District Judge