UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DAVID JERRY PAULE,<br><br>Defendant. | NO: 2:18-CR-227-RMP-JTR<br><br>ORDER ACCEPTING GUILTY PLEA |

On April 8, 2019, Defendant David Jerry Paule, who is in custody of the U.S. Marshal Service, appeared before the Court represented by Senior Litigator Callie G. Steele of the Office of the Federal Public Defender. Special Attorney to the Attorney General Brian A. Fogerty appeared for the Government. Defendant entered a plea of guilty to the Count 1 of the Indictment, ECF No. 1, filed on July 31, 2018, charging Defendant with Influencing, Impeding, or Retaliating Against a Federal Official by Threatening, in violation of 18 U.S.C. § 115(a)(1)(B)(1).

The Court finds that Defendant's plea of guilty to the Count 1 of the Indictment is voluntary and not induced by fear, coercion, or ignorance. The Court

ORDER ACCEPTING GUILTY PLEA ~ 1

further finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, the consequences of a guilty plea, and that the facts admitted to by Defendant in open court constitute the essential elements of the charged crime.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's plea of guilty is accepted.

2. All pending pretrial motions, if any, are **DENIED AS MOOT**.

3. All previously set court dates, including the trial date, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this order and provide copies to counsel.

**DATED** April 9, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ACCEPTING GUILTY PLEA ~ 2