# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>DAVID JERRY PAULE,<br><br>                  Defendant. | NO: 2:18-CR-227-RMP<br><br>ORDER REGARDING DAVID JERRY PAULE'S MEDICAL AND DENTAL EVALUATIONS |

BEFORE THE COURT are David Jerry Paule's oral motions for medical and dental visits to doctors outside of Nevada Southern Detention Center to address his medical and dental issues. Mr. Paule has requested that he be transported by Deputy United States Marshals to: 1) a doctor outside of Nevada Southern Detention Center to be evaluated and treated by a doctor who specializes in treating diabetes and diabetes-related neuropathy; 2) an ophthalmologist outside of Nevada Southern Detention Center to perform a thorough evaluation of his eyes and vision, and to prescribe and provide any necessary bifocals; and 3) a dentist

ORDER REGARDING DAVID JERRY PAULE'S MEDICAL AND DENTAL EVALUATIONS ~ 1

outside of Nevada Southern Detention Center to be evaluated and treated for the loss of teeth, and to be provided dentures and/or implants if found to be necessary.

The Court held hearings on this matter on November 19, 2018, and on April 8, 2019, in Las Vegas, Nevada. Mr. Paule has made a total of three motions, including oral motions, for medical assistance. ECF Nos. 36 and 46.

GOOD CAUSE HAVING BEEN SHOWN, the Court grants Defendant's motions. Accordingly, the United States Marshal's Service for the District of Nevada shall, by no later than May 15, 2019, transport Mr. Paule to: 1) a doctor outside of Nevada Southern Detention Center to be evaluated and treated by a doctor who specializes in diabetes and diabetes-related neuropathy; 2) an ophthalmologist outside of Nevada Southern Detention Center to perform a thorough evaluation of his eyes and vision, and to prescribe and provide any necessary bifocals; and 3) a dentist outside of Nevada Southern Detention Center to be evaluated and treated for the loss of teeth, and to be provided dentures and/or implants if found to be necessary.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** April 11, 2019.

                                            *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                             United States District Judge