# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID JERRY PAULE,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-227-RMP-JTR<br><br>AMENDED ORDER SETTING SENTENCING SCHEDULE |

BEFORE THE COURT is a Stipulation to Continue Sentencing Hearing, ECF No. 57. Having reviewed the stipulation, the Court finds that good cause exists to continue this matter as requested.

Accordingly, **IT IS HEREBY ORDERED**:

1. The current sentencing date of December 9, 2019, is **STRICKEN** and **RESET** to **February 24, 2020**, at **1:00 p.m.** in **Las Vegas**, Nevada. Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) the requesting party

AMENDED ORDER SETTING SENTENCING SCHEDULE ~ 1

recites the opposing party's position, and (3) the motion and supporting declaration are filed at least ten days before the scheduled sentencing hearing.

2. Defendant shall remain in custody of the U.S. Marshals pending sentencing pursuant to the detention order previously entered in this matter. *See* ECF No. 25.

3. The United States Probation Office, Eastern District of Washington, shall prepare a Presentence Report. Fed. R. Crim. P. 32(c). On or before **January 13, 2020,** the probation officer shall provide a preliminary copy of the draft Presentence Report to counsel for the parties. Disclosure of the Presentence Report shall be subject to the limitations imposed by Rule 32(c)(3).

4. On or before **January 27, 2020**, the parties shall file and serve the following: (a) any objection to the preliminary Presentence Report; (b) any motion for departure (other than one made pursuant to Rule 35(b)); (c) a list of those witnesses who will be called to testify about a matter on which the party bears the burden of persuasion at sentencing, together with a summary of each witness's anticipated testimony; and (d) copies of any exhibits which will be offered at sentencing. A party failing to list a witness or to provide a copy of an exhibit by the deadline set forth above may be precluded from presenting the witness or exhibit at the sentencing hearing.

5. Both objections and motions for departure shall be supported by memorandum.

AMENDED ORDER SETTING SENTENCING SCHEDULE ~ 2

6. On or before **February 3, 2020**, the opposing party shall file and serve its response, and the opposing party shall identify any responsive witnesses or exhibits.

7. If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

8. The probation officer shall submit the final Presentence Report to the Court by **February 10, 2020**. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations. The Probation Officer shall certify that the contents of the report, other than sentencing recommendations, including any revisions or addenda, have been disclosed to counsel for Defendant and the Government, and that the addendum fairly states any remaining objections.

9. Except with regard to any written objection made under 4(a), the report of the presentence investigation and computations shall be accepted by the Court as accurate. Upon a timely objection by Defendant, the Government bears the burden of proof on any fact that is necessary to establish the base offense level. The Court, may, for good cause shown, allow a new objection to be raised at any time before the imposition of sentence. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, Defendant, or the Government.

10. On or before **February 17, 2020**, both parties shall file and serve their sentencing memoranda.

11. All pleadings shall be filed and served as provided by local rules.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the Washington Eastern United States Probation Office.

**DATED** October 28, 2019.

                                              *s/Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
                                                  United States District Judge

AMENDED ORDER SETTING SENTENCING SCHEDULE ~ 4